**G. ERIC NIELSON (5327)**
**TODD WAHLQUIST (9893)**
**MARK DAHL (13188)**
**G. ERIC NIELSON & ASSOCIATES**
4790 South Holladay Boulevard
Salt Lake City, Utah 84117
Telephone: (801) 424-9088
Facsimile: (801) 438-0199
Email: ericnielson@ericnielson.com
         toddwahlquist@ericnielson.com
         markdahl@ericnielson.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

**NORTHERN DIVISION**

| | |
|---|---|
| JENNIFER GUILLEN ZAVALA AND HUGO DOMINGO OLIVERA INDIVIDUALLY AND AS THE PARENTS AND NATURAL GUARDIAN OF JDO, A MINOR CHILD; AND JDO, A MINOR CHILD,<br><br>        Plaintiffs,<br>vs.<br>THE UNITED STATES OF AMERICA; AND THE US DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>        Defendants. | **FOURTH STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br><br>Case No.: 2:22-cv-00422-TC-CMR<br><br>Judge Hon. Tena Campbell<br>Magistrate Judge Hon. Cecilia M. Romero |

Pursuant to FED. R. CIV. P. 16(b)(4), the parties stipulate and request that the Court amend the Amended Scheduling Order (ECF 28) as indicated in the proposed Fourth Amended Scheduling Order filed herewith as Exhibit A. The parties desire to amend the deadlines as highlighted to coincide with the deadlines in a separate case filed in Utah Third District Court by Plaintiffs against the University of Utah. The state court case involves the same events as those giving rise to this action. Amending the deadlines as indicated will avoid duplicative depositions and allow the parties to streamline expert discovery.

DATED this 5th day of August 2024.

                                        **G. ERIC NIELSON & ASSOCIATES**

                                        */s/ Mark Dahl*
                                        G. Eric Nielson
                                        Mark Dahl
                                        *Attorneys for Plaintiffs*


                                        **U.S. DEPARTMENT OF JUSTICE**

                                        */s/ Jeff Nelson (with permission on 08-01-2024)*
                                        Jeff Nelson
                                        Tiffany M. Romney
                                        *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I, certify, that on the 5th day of August 2024, the following individuals were served with a true and correct copy of the foregoing via electronic filing as follows:

Jeff Nelson
Tiffany M. Romney
U.S. DEPARTMENT OF JUSTICE
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Jeff.Nelson@usdoj.gov
tiffany.romney@usdoj.gov
*Attorneys for the United States of America*

                                                      /S/ *Kristina Fowler*
                                                      Kristina Fowler, Paralegal