**G. ERIC NIELSON (5327)**
**TODD WAHLQUIST (9893)**
**MARK DAHL (13188)**
**G. ERIC NIELSON & ASSOCIATES**
4790 South Holladay Boulevard
Salt Lake City, Utah 84117
Telephone: (801) 424-9088
Facsimile: (801) 438-0199
Email: ericnielson@ericnielson.com
       toddwahlquist@ericnielson.com
       markdahl@ericnielson.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

**NORTHERN DIVISION**

| | |
|---|---|
| JENNIFER GUILLEN ZAVALA AND HUGO DOMINGO OLIVERA INDIVIDUALLY AND AS THE PARENTS AND NATURAL GUARDIAN OF JDO, A MINOR CHILD; AND JDO, A MINOR CHILD, <br><br> Plaintiffs, <br> vs. <br> THE UNITED STATES OF AMERICA; AND THE US DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendants. | **SIXTH STIPULATED MOTION TO AMEND SCHEDULING ORDER** <br><br><br> Case No.: 2:22-cv-00422-TC-CMR <br><br> Judge Hon. Tena Campbell <br> Magistrate Judge Hon. Cecilia M. Romero |

Pursuant to FED. R. CIV. P. 16(b)(4), the parties stipulate and request that the Court amend the Amended Scheduling Order (ECF 31-1) as indicated in the proposed Sixth Amended Scheduling Order filed herewith as Exhibit A. The parties desire to amend the deadlines as highlighted to coincide with the deadlines in a separate case filed in Utah Third District Court by Plaintiffs against the University of Utah. The state court case involves the same events as those giving rise to this action. The State Court has recently ordered additional discovery that requires extending the deadlines. Amending the deadlines as indicated will avoid duplicative depositions and allow the parties to streamline expert discovery.

DATED this 26th day of December 2024.

**G. ERIC NIELSON & ASSOCIATES**

*/s/ Mark Dahl*
G. Eric Nielson
Mark Dahl
*Attorneys for Plaintiffs*

**U.S. DEPARTMENT OF JUSTICE**

*/s/ Jeff Nelson (with permission via email on 12/26/24)*
Jeff Nelson
Tiffany M. Romney
*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I, certify, that on the 26th day of December 2024, the following individuals were served with a true and correct copy of the foregoing via electronic filing as follows:

Jeff Nelson
Tiffany M. Romney
U.S. DEPARTMENT OF JUSTICE
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Jeff.Nelson@usdoj.gov
tiffany.romney@usdoj.gov
*Attorneys for the United States of America*

                                                               */S/ Kristina Fowler*
                                                            Kristina Fowler, Paralegal